UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                      Case No: 11-20551

vs.

JOHN GERALT,

        Defendant
_____/

**ORDER GRANTING APPLICATION TO PROCEED WITH AN APPEAL
WITHOUT PREPAYMENT OF FEES AND COSTS**

      The Defendant has filed an "Application to Proceed with an Appeal without Prepayment of Fees and Costs" on February 1, 2016 in the above matter. The Court has considered the application and believes that it should be granted, therefore,

      IT IS ORDERED that the Defendant's Application to Proceed with an Appeal without Prepayment of Fees and Costs is **GRANTED.**

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: February 9, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 9, 2016, by electronic and/or ordinary mail.

                                                         S/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522